NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MOBILEMEDIA IDEAS LLC,**
*Plaintiff-Cross-Appellant,*

v.

**APPLE INC.,**
*Defendants-Appellant.*

2014-1060, -1091

Appeals from the United States District Court for the District of Delaware in No. 1:10-cv-00258-SLR-MPT, Judge Sue L. Robinson.

**ON MOTION**

**O R D E R**

Apple Inc. moves for a 31-day extension of time, until February 3, 2014, to file its principal brief. MobileMedia Ideas LLC opposes.

Upon consideration thereof,

MOBILEMEDIA IDEAS LLC v. APPLE INC. 2

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

                                              /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court

s27